IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| KYMBERLY L. WIMBERLY | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 5:11CV00186 SWW |
| | * | |
| MCGEHEE SCHOOL DISTRICT, ET AL., | * | |
| | * | |
| Defendants. | * | |

**Order**

Before the Court is plaintiff's motion for an extension of the discovery deadline to which defendants do not object. The motion [docket entry 10] is granted. The discovery deadline is extended to November 14, 2012.

SO ORDERED this 5th day of September, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE